1  Laura Krank
   Attorney at Law:  220208
2  Law Offices of Rohlfing & Kalagian
   211 East Ocean Boulevard, Suite 420
3  Tel: (562) 437-7006
   Fax: (562) 432-2935
4  E-mail: Laura_RK.office@speakeasy.net
   Attorneys for Brain Chase Green

5

6                UNITED STATES DISTRICT COURT

7                CENTRAL DISTRICT OF CALIFORNIA

8

9  BRAIN CHASE GREEN            )  Case No.: CV 09-4450 RZ
                                )
10                              )  [PROPOSED] ORDER
         Plaintiff,             )
11                              )
     vs.                        )
12 MICHAEL ASTRUE,              )
   COMMISSIONER OF THE SOCIAL   )
13 SECURITY ADMINISTRATION,     )
                                )
14                              )
         Defendant.             )
15

16

17     Based upon the parties Stipulation to Dismiss, this matter is hereby

18 dismissed with prejudice. Each party shall bear his own costs and fees.

19     DATED: January 05, 2010

20

21  _____
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

-1-